AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| KEETRON BATTEN | ) | Case No. *17-6459-Hunt* |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant.* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ December 12, 2017 _____ in the county of _____ Broward _____ in the

_____ Southern _____ District of _____ Florida _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 922(g) | Possession of firearm by a convicted felon. |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

*Complainant's signature*

Jessica Box, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____ 12/13/2017 _____

*Judge's signature*

City and state: _____ Fort Lauderdale, Florida _____

Patrick M. Hunt , U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

1. I, Jessica Box, being duly sworn, depose and state that I am a Special Agent with the Federal Bureau of Investigation ("FBI"), and have been since September 28, 2015. Before becoming a Special Agent with the FBI, I was employed as an Intelligence Analyst for the FBI for approximately six years. In April 2016, I was assigned to the Safe Streets Task Force in the FBI Miami Division. This remains my current assignment. I am tasked to investigate gang related crimes, including but not limited to, narcotics trafficking, murder, assault, weapons possession, interstate transportation of stolen goods, organized crime, identity theft, human trafficking, and the laundering of monetary instruments associated with these crimes. I have received training in gang identification, gang indicia, narcotics trafficking, firearm related crime, money laundering, and racketeering through the FBI, in-service advanced training seminars, and gang conferences.

2. This affidavit is being filed based on personal knowledge, personal observations, interviews with witnesses, review of government and business records, and of records, reports, and information from the FBI and/or other law enforcement agencies. Based on the facts set forth below, I submit that probable cause exists to believe that KEETRON BATTEN is a convicted felon who possessed a firearm in violation of 18 U.S.C. § 922(g)(1). This affidavit is intended to support probable cause, but is not intended to convey all the facts of the entire investigation.

3. On or about December 12, 2017, Broward Sheriff's Office (BSO) Detectives conducted surveillance to try and locate BATTEN for the purpose of arresting him on outstanding active state warrants for aggravated assault with a deadly weapon, burglary and grand theft. Surveillance was conducted at BATTEN's suspected residence in Dania Beach, Florida. BSO Detectives were already

familiar with BATTEN due to their previous interactions with him and were able to recognize him upon sight.  At approximately 2:50 P.M., BSO Detectives observed BATTEN exit from the front residence in a wheelchair.  BATTEN wheeled himself toward a blue vehicle parked in front of the residence.  BSO Detectives, who wore official BSO tactical uniforms, approached BATTEN to make contact with him.  Upon seeing the detectives, BATTEN threw several small baggies into the front driver side door of the blue vehicle.  The baggies were later retrieved and contained an off-white substance which field tested positive for cocaine base.  BATTEN was taken into custody by BSO Detectives on the active state warrants.  During a search incident to arrest of BATTEN, a black Ruger .380 LCP firearm was found in the waistband of BATTEN's pants.  The firearm was loaded with three rounds in the magazine and one round in the chamber.

4. BATTEN was transported to the BSO District Office where he was read and explained his Miranda Rights.  BATTEN waived his Miranda Rights and admitted to possessing the firearm and illegal narcotics.  Further, BATTEN stated that he knew he was prohibited from possessing or carrying a firearm because he is a convicted felon.  BATTEN admitted that he was selling the illegal narcotics and carried the firearm for protection.

5. According to a check of the National Crime Information Center (NCIC) and court documents, BATTEN has been convicted of numerous felony offenses, including possession of heroin, possession of cocaine and felony driving while license suspended.

6. Also on December 12, 2017, ATF Interstate Nexus Expert, SA Jason Ruiz examined the aforementioned firearm and ammunition and determined that both the firearm and ammunition were manufactured outside the state of Florida and therefore affected interstate commerce.

7. SA Ruiz performed a check with the Florida Office of Executive Clemency and determined that BATTEN has not had his rights to possess a firearm restored.

8. Based on the foregoing facts, your affiant respectfully submits that probable cause exists to believe that KEETRON BATTEN is a convicted felon who possessed a firearm in violation of 18 U.S.C. § 922(g)(1).

FURTHER AFFIANT SAYETH NAUGHT.

_____
Jessica Box, Special Agent, FBI

Sworn to and subscribed before me
this  13ᵗʰ  day of December, 2017.

_____
PATRICK M. HUNT
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: *17-6459-Hunt*

### BOND RECOMMENDATION

DEFENDANT: _____KEETRON BATTEN_____

_____Pre-Trial Detention_____
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA:   COREY STEINBERG

Last Known Address: _____

_____

_____

What Facility: _____

_____

Agent(s):     SA Jessica Box, FBI_____
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)  (ICE)  (**OTHER**)